USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**CELIA VEGA,**

**Plaintiff,**

**-against-**

**BROOK HOSPITALITY MANAGEMENT LLC et al.,**

**Defendants.**

**-----------------------------------------------------------------X**

**26-CV-05118 (PAE)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed a complaint on June 17, 2026. ECF No. 1. Defendant Brook Hospitality Management LLC was served on June 22, 2026. ECF No. 5. It is unclear to the Court whether the other Defendant in this action (Nikunj Gandhi) was also served. To date, none of the Defendants have appeared or answered the complaint.

Plaintiff is ORDERED to file a letter by Friday, September 18, 2026, indicating whether Plaintiff has had any contact with Defendants, whether Plaintiff has served all the Defendants in this action, and whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court and move for a default judgment against any of the Defendants.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 9, 2026
New York, New York