USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/27/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**CELIA VEGA,**

**Plaintiff,**

**-against-**

**BROOK HOSPITALITY MANAGEMENT LLC et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**26-CV-05118 (PAE)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On October 22, 2026, Plaintiff filed proposed certificates of default for both Defendants in this case. ECF Nos. 20 & 21. While Defendant Parmod Chandha's deadline to respond to Plaintiff's Complaint expired before October 22, the deadline for Defendant Chand W Plains LLC to respond had not yet passed. See ECF No. 18; N.Y. CPLR § 3012(c). In the Court's experience, service via the Secretary of State is often delayed.

Accordingly, and in light of the Court's strong preference to resolve disputes on the merits, the Clerk of Court is directed not to issue any certificate of default until further order of the Court. By Monday, November 16, 2026, Plaintiff shall file a letter indicating whether Plaintiff has had any contact with Defendants.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 27, 2026
New York, New York